1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GALLAGHER, an individual; MARICARMEN GONZALEZ-REYES, an individual; ULISES VENCES MENDOZA, an individulal,<br><br>Plaintiffs,<br><br>v.<br><br>G2 SECURE STAFF, L.L.C., a Texas limited liability company; ERMC AVIATION, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 21-8203-GW-PLAx<br><br>[Hon. George H. Wu]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

Based on the Parties' Joint Stipulation for Dismissal and good cause having been shown, the Court hereby GRANTS the Parties' Joint Stipulation for Dismissal and orders the following:

1. Plaintiffs' Complaint and this action against Defendant ERMC Aviation, LLC ("ERMC") is dismissed in its entirety with prejudice as to Plaintiffs' individual claims, with prejudice as to Plaintiffs' rights to represent the State in connection with any PAGA claims, and without prejudice as to any other current or former allegedly aggrieved person(s); and

2. Each Party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 1, 2022

*/s/ George H. Wu*
Honorable George H. Wu
U.S. DISTRICT JUDGE